WILL LEE, as Administrator of the Estate of JOSIE LEE, Deceased, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

(Submitted March 2, 1936; decided March 17, 1936.)

Motion to amend remittitur denied. (See 269 N. Y. 53.)